IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity  
as COURT-APPOINTED RECEIVER for  
the RECEIVERSHIP ENTITY, including  
AEQUITAS CAPITAL MANAGEMENT,  
INC., an Oregon corporation,

       Plaintiff,

 v.

PPG PARTNERS, LLC, a Michigan limited  
liability company; and JOHN DOES 1-10,

       Defendants,

No. 3:21-cv-01028-JR

ORDER

HERNÁNDEZ, District Judge:

  Magistrate Judge Russo issued a Findings and Recommendation on April 18, 2022, in which she recommends that the Court grant Plaintiff's motion for default judgment. F&R, ECF 15. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [15]. Accordingly, Plaintiff's Motion for Default Judgment is granted [12].

IT IS SO ORDERED.

DATED: _____May 18, 2022_____.

_____*Marco Hernandez*_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER