IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as Court-Appointed Receiver for the Receivership entity, including AEQUITAS CAPITAL MANAGEMENT, INC., an Oregon corporation,

        Plaintiff(s),

   v.

PPG PARTNERS, LLC, a Michigan limited, liability company, et al.,

        Defendant(s).

Civil No. 03:21-cv-01028-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [19] is GRANTED and this action as to the remaining "John Does 1-10" Defendants is DISMISSED without prejudice and without an award of fees or costs to any party.

Dated this 19th day of May, 2022.

                                            by  /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge